# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| BOBBY JOE FLOYD,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CV 16-06995 TJH<br>CR 94-00587 HLH<br><br>Order |

    The Court has considered Petitioner Bobby Joe Floyd's motion for an indicative ruling pursuant to Fed. R. App. P. 12.1 as to whether the Court would grant a motion to reconsider its July 31, 2017, order denying the petition to vacate, set aside, or correct Petitioner's sentence under 28 U.S.C. § 2255, together with the moving papers.

    Because the July 31, 2017, order was premised upon a factual mistake as to Petitioner's date of sentencing, the Court would grant a motion for reconsideration if the Ninth Circuit Court of Appeals remands this case and if Petitioner moved the Court to reconsider.

Date: August 11, 2017

_____
Terry J. Hatter, Jr.
Senior United States District Judge